**Order entered September 3, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-21-00356-CR
No. 05-21-00357-CR
No. 05-21-00453-CR

**JEREMIAH LEE REEVES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F20-41144-M, F15-24191-M & F16-24469-M**

**ORDER**

Before the Court is court reporter Belinda Baraka's September 2, 2021 request for additional time to file the reporter's record in these appeals. We **GRANT** the request and **ORDER** the reporter's record filed by October 1, 2021. We caution Ms. Baraka that further requests are disfavored.

/s/    ERIN A. NOWELL
        JUSTICE